NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 15a0560n.06

No. 14-6320

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**
Aug 07, 2015
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| | ) | ON APPEAL FROM THE |
| v. | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| EDWARD A. BARKER | ) | DISTRICT OF KENTUCKY |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

Before: GILMAN, COOK, and KETHLEDGE, Circuit Judges.

PER CURIAM. Edward Barker appeals his conviction for possession of oxycodone with intent to distribute it, arguing that the district court erred by denying his motion to suppress evidence that police officers found at his home. We affirm for the reasons set forth in the magistrate judge's recommended disposition.